IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES CRAMBERG,

       Petitioner,

vs.                                                                                                               No. CIV 13-0494 JB/CG

UNITED STATES OF AMERICA,

       Respondent.

## FINAL JUDGMENT

**THE COURT**, having issued a Memorandum Opinion and Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition, filed February 28, 2014 (Doc. 16), enters this Final Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. James Cramberg's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (Doc. 6), is dismissed with prejudice.

                                                                           _____

                                                                           UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

James Cramberg
FCI El Reno
El Reno, Oklahoma

      *Plaintiff pro se*

Steven C. Yarbrough
  Acting United States Attorney
Louis E. Valencia
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

      *Attorneys for the Defendant*